FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 20 2023

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| DAWNIEL RENEE HAMES and VERNAL LEE HAMES | Civil Action No.: 4:23-cv-211 |
| *Plaintiffs,* | |
| v. | JURY TRIAL DEMANDED |
| WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation, and MICROPORT ORTHOPEDICS, INC., a Delaware corporation | |
| *Defendants.* | |

## DIVERSITY DISCLOSURE STATEMENT

This Disclosure Statement is filed on behalf of Plaintiffs Dawniel Rene Hames and Vernal Lee Hames in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a). Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party:

Dawniel Rene Hames                Tumwater, Washington (Thurston County)
(Plaintiff)

| | |
|---|---|
| Vernal Lee Hames (Plaintiff) | Tumwater, Washington (Thurston County) |
| Wright Medical Technology, Inc. (Defendant) | Arlington, Tennessee (Shelby, County) |
| MicroPort Orthopedics, Inc. (Defendant) | Arlington, Tennessee (Shelby, County) |

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: March 20, 2023

*N. Kirkland Pope*

N. Kirkland Pope
GA Bar No. 584255
**POPE MCGLAMRY, P.C.**
3391 Peachtree Road, NE
Atlanta, GA  30326
Phone: 404-523-7706
Fax: 404-524-1648
Email: efile@pmkm.com
kirkpope@pmkm.com

*Attorneys for Plaintiffs Dawniel and Vernal Hames*